Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

FILED

AUG 2 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AUSSIEKER<br><br>           Plaintiff,<br><br>v.<br><br>*Beardsly et al, Inc.* Defendant. | Case 2:19-cv-00962-JAM-AC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: We are the Plaintiffs in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), We voluntarily dismiss:

☒ THE ENTIRE CASE

Such dismissal shall be with prejudice and each side to bear its own costs and fees.

Dated: _____

MARK AUSSIEKER

1

1
2
3                              CERTIFICATE OF SERVICE

4   **CERTIFICATE OF SERVICE AND PAPER FILING I hereby certify that this 8/21/19,
    a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY
5   DISMISSAL OF THIS ENTIRE CASE was mailed to clerk of the Eastern Distinct to be
    filed and also mailed to the last known address of the following parties.**

6
7   Attorney for Defendants, Law Offices of Kristopher K. Rezagholi, PLLC
8
9       3030 N 3rd St #600, Phoenix AZ 85012

10      Date of signing: __8/21__, 20_19_.

11      Signature of Plaintiff

12      _/s/_

13      Mark Aussieker

14
15
16  Date 8/21/2019
17
18  Mark Aussieker
19
20
21
22
23
24
25
26
27
28

                                        2